

**United States Department of Justice**
Enforcement & Affirmative Litigation Branch

| **Brandon.Neuman@usdoj.gov** | **Overnight Delivery Address** | **First Class Mail** |
|---|---|---|
| Phone: 202-227-7416 | 450 Fifth Street, NW, Sixth Floor South | P.O. Box 386 |
| Fax: 202-514-8742 | Washington, D.C. 20530 | Washington, D.C. 20044 |

July 1, 2026

**VIA CM/ECF**

Honorable Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States
Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:    Notice of Supplementary Authority
        *United States v. Russo, et al.*, No. 1:26-cv-1283 (W.D.N.Y.)

Honorable Judge Vilardo,

Yesterday, the court in *United States v. Virginia*, No. 3:26-cv-545 (E.D. Va. June 30, 2026), granted a preliminary injunction against the Commonwealth of Virginia, its officers, agents, servants, employees and attorneys, and Virginia Attorney General Jay Jones, enjoining them from enforcing state laws against any federal officer, employee, or agency involved in enforcing federal immigration laws and regulations. The enjoined laws were going to ban federal law enforcement from using masks and require the use of identification.

The *Virginia* court received the Federal Government's motion for preliminary injunction on June 16, 2026, and entered its order preliminarily enjoining defendants on June 30, 2026. The Eastern District of Virginia court will hear further arguments about Immigration and Nationality Act § 287(g) Agreements at a later date.

A copy of the *Virginia* decision is attached as Exhibit 1. The full opinion is pending, and the Plaintiff will submit the final opinion to the Court upon issuance.

Plaintiff respectfully suggests that the *Virginia* decision is pertinent to the following legal issues presently pending before the Court:

A. Whether banning federal law enforcement from using masks violates the Supremacy Clause of the U.S. Constitution, Article VI, Clause 2, as addressed in Pl. Mem. in Supp. of Mot. for P.I., ECF No. 4-1;

B. Whether requiring federal law enforcement to use identification violates the Supremacy Clause of the U.S. Constitution, Article VI, Clause 2, as addressed in Pl. Mem. in Supp. of Mot. for P.I., ECF No. 4-1;

C. Whether the United States is likely to suffer irreparable injury absent preliminary injunctive relief when its valid laws and practices in a domain of federal authority are undermined by state regulation and when there is evidence federal employees have real risk of physical harm in, and in connection with, the discharge of their duties; and

D. Whether the public interest and balance of equities favor an injunction when frustration of, and interference with, federal statues and prerogatives are not in the public interest and there is no harm from the State's nonenforcement of invalid legislation.

\*          \*          \*

Respectfully Submitted,

Brandon D. Neuman (CA Bar No. 319067)
Trial Attorney
Enforcement & Affirmative Litigation Branch
United States Department of Justice

cc:          Joel J. Terragnoli, Deena Mueller-Funke
             New York Attorney General Buffalo Regional Office

Enclosures:   (1) Order Granting Preliminary Injunction, *United States v. Virginia*