

**United States Department of Justice**
Enforcement & Affirmative Litigation Branch

| Brandon.Neuman@usdoj.gov | **Overnight Delivery Address** | **First Class Mail** |
|---|---|---|
| Phone:    202-227-7416 | 450 Fifth Street, NW, Sixth Floor South | P.O. Box 386 |
| Fax:       202-514-8742 | Washington, D.C.  20530 | Washington, D.C. 20044 |

July 10, 2026

**VIA CM/ECF**

Honorable Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States
Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:    Supplementary Statement on W.D.N.Y. 287(g)s in the Complaint
        *United States v. Russo, et al.*, No. 1:26-cv-1283 (W.D.N.Y.)

Honorable Judge Vilardo,

As ordered at oral argument, this letter lists references in Plaintiff's Complaint to 287(g) Agreements within W.D.N.Y. that will be affected by the Termination Act. ECF No. 1 Complaint.

Cattaraugus and Allegany County have 287(g) Agreements that are specifically named in the Complaint and will be impacted by the Termination Act. *Id.* ¶¶ 54, 56, 61.

Cattaraugus, Niagara, and Stueben counties are listed alongside other counties throughout New York that will be impacted by the Termination Act as demonstrated by citations to the ICE Map and the corresponding spreadsheet of 287(g) Agreements available online. *Id.* ¶¶ 51 at n.7, 57 at n.8, 119 at n.15, and 121. Each of the three W.D.N.Y. counties contain two 287(g) Agreements. *Id.*

The City of Buffalo, and Cattaraugus and Allegany Counties—which fall under the jurisdiction of the Buffalo Regional Office of the New York State Attorney General—will be impacted by the Challenged Acts. *Id.* ¶¶ 54, 56, 61, and 125 at n.16.

Respectfully,

Brandon D. Neuman (CA Bar No. 319067)
Trial Attorney
Enforcement & Affirmative Litigation Branch
United States Department of Justice


cc:          Joel J. Terragnoli, Deena Mueller-Funke
             New York Attorney General Buffalo Regional Office